UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re : ] | |
| ] | **GENERAL DOCKET** |
| **CARL T. JONES** ] | **No. 3:10-mc-0043** |
| ] | **Judge Campbell** |
| ] | |

## O R D E R

On March 22, 2010, Jones submitted a letter (Docket Entry No. 1) complaining about conditions of his confinement at the Northwest Correctional Complex in Tiptonville, Tennessee.

By order (Docket Entry No. 2), Jones was informed that the Court was not empowered to act upon his letter. The Clerk was instructed to send him a complaint packet with an application to proceed in forma pauperis and he was granted thirty (30) days in which to properly raise his claims as a cause of action in this Court.

The thirty day period has elapsed and Jones has chosen not to pursue his grievances here as a properly filed cause of action. Therefore, this case is dismissed for want of prosecution.

It is so ORDERED.

Todd Campbell
United States District Judge